FILED: July 18, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4559

(3:13-cr-00479-CMC-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JERRY ELMO HARTSOE

        Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Columbia |
| Originating Case Number | 3:13-cr-00479-CMC-1 |
| Date notice of appeal filed in originating court: | 07/17/2014 |
| Appellant (s) | Jerry Elmo Hartsoe |
| Appellate Case Number | 14-4559 |
| Case Manager | Cathi Bennett<br>804-916-2704 |